IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**WILLIAM HERBERT VILLAR,**
**AIS # 245066,**                                          :

    **Plaintiff,**                                         :

vs.                                                        :        **CIVIL ACTION 07-0503-CG-C**

**JOHN FURMAN, et al.,**                                   :

    **Defendants.**                                       :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because plaintiff's claims are either frivolous or fail to state a claim upon which relief can be granted.

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of this action, this Order adopting the Report and Recommendation, and the Judgment dismissing this action.

**DONE and ORDERED** this 25th day of April, 2008.

                                    /s/ Callie V. S. Granade
                                    CHIEF UNITED STATES DISTRICT JUDGE